UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-04318 JFW (ADS)                    Date: September 12, 2022

Title: *Patrick Matthews v. Patrick Covello*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

Before the Court is Petitioner Patrick Matthews' Petition for Writ of Habeas Corpus by a Person in State Custody. (Dkt. No. 1.) On August 9, 2022, the Court issued an Order Requiring Response to Petition, which ordered Respondent to file and serve a Notice of Appearance within 14 days of the service date of the Order. (Dkt. No. 5.) As of the date of this Order, Respondent has not filed a Notice of Appearance or otherwise communicated with the Court.

**By no later than September 19, 2022,** Respondent is **ORDERED TO SHOW CAUSE** in writing why he has failed to prosecute this case and follow court orders. Respondent may respond to this Order by filing and serving a Notice of Appearance pursuant to the Court's August 9, 2022 Order. (Id.)

**IT IS SO ORDERED.**

`                                                                 Initials of Clerk kh