JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MATTHEWS,<br><br>            Petitioner,<br><br>      v.<br><br>PATRICK COVELLO, Warden,<br><br>            Respondent. | Case No. 2:22-04318 JFW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED:   April 18, 2024            _____
                                    THE HONORABLE JOHN F. WALTER
                                    United States District Judge